# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS JABLONSKI AND MADONNA
JABLONSKI

VERSUS

CAPITAL POOLS, L.L.C., ET AL

NO.   2023 CW 0077

**APRIL 24, 2023**

---

In Re:   Thomas and Madonna Jablonski, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 696411.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's December 23,
2022 judgment granting the motion for summary judgment filed by
defendants, Capital Pools, L.L.C. and Benjamin Jackson, and
dismissing plaintiffs' claims is an appealable judgment. <u>See</u> La.
Code Civ. P. art. 968; La. Code Civ. P. art. 1841.   Therefore,
the writ is granted for the limited purpose of remanding the
case to the district court with instructions to grant
plaintiffs, Thomas Jablonski and Madonna Jablonski, an appeal
pursuant to the pleading that notified the district court of the
plaintiffs' intention to seek writs. <u>See</u> **In re Howard**, 541 So.2d
195, 197 (La. 1989) (*per curiam*).   Additionally, a copy of this
court's order is to be included in the appellate record.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.n_

---
DEPUTY CLERK OF COURT
FOR THE COURT